1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  | **TOR AHMADD BISHOP,** | Case Mo. 2:20-cv-01762-WBS-JDP (PC) |

Plaintiff,  | **~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION.**

v.

**P. CAMACHO,**

Defendant.

Judge:        The Honorable Jeremy D. Peterson

Action Filed:  September 1, 2020

19        Defendant has filed an *Ex Parte* Application for Extension of Time to File a Dispositive

20  Motion. The Court previously scheduled the due date on January 24, 2022. Having considered the

21  application, the Court finds good cause to grant such extension request.

22        Accordingly, it is hereby ordered that:

23        1.       Defendant's *Ex Parte* Application for Extension of Time to File a Dispositive Motion

24  is GRANTED; and

25

26

27

28

1

1        2.       Defendant shall file a dispositive motion on or before March 10, 2022.

2

3    IT IS SO ORDERED.

4

5    Dated:   January 21, 2022

JEREMY D. PETERSON
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Def's *Ex Parte* Req. (2:20-cv-01762 JDP (PC))