UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOR AHMADD BISHOP, | No. 2:20-cv-01762-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| P. CAMACHO, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 14, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 14, 2021, are adopted in full;

2. Plaintiff's first motion for injunctive relief, ECF No. 44, is denied; and

1

3. Because plaintiff's second motion for injunctive relief, ECF No. 57, is identical to his first motion, with the exception of two paragraphs which are omitted from second motion, the second motion is denied for the same reasons.

Dated: January 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE